## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 189 WAL 2018
:
          Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
        v. :
:
:
GARY HAIRSTON, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.